NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001284
01-AUG-2013
09:42 AM

NO. CAAP-13-0001284

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SK, Petitioner-Appellee, v.
NK, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-P NO. 12-1-0114)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss, filed July 10, 2013, by Respondent-Appellant NK, it appears that (1) this appeal has not been docketed; and (2) the stipulation is dated, signed by counsel for all appellate parties, and seeks dismissal of the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a). Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, August 1, 2013.

Chief Judge

Associate Judge

Associate Judge